# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

DERRICK BURGESS                                                           PLAINTIFF

V.                                                     CIVIL ACTION NO. 3:20-CV-015-GHD-RP

THE TRAVELERS INDEMNITY COMPANY, et al.                    DEFENDANT

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute The Travelers Indemnity Company for the defendant incorrectly identified in the complaint as Travelers Insurance Company. The court finds the request is well taken and should be **GRANTED**. The Travelers Indemnity Company is substituted as the defendant in place of Travelers Insurance Company. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 16th day of April, 2020.

                                                                 /s/ Roy Percy
                                                                 UNITED STATES MAGISTRATE JUDGE