# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

Derrick Burgess,

        Plaintiff;

v.

The Travelers Indemnity Company
and John Does 1–10,

        Defendants.

Civil Action No.
3:20-cv-015-GHD-RP

**Agreed Final Judgment of Dismissal
with Prejudice**

This cause came before the Court on the joint motion of Plaintiff Derrick Burgess and Defendant The Travelers Indemnity Company to dismiss this action with prejudice. These parties have announced that all claims and all claims that could have been asserted in the premises have been fully resolved and compromised by way of settlement.

The Court has been advised by Plaintiff and Defendant that this cause has been fully compromised and settled; that no issues to be litigated by or between the parties or adjudicated and decided by the Court remain; and that the parties have consented to entering this final judgment and have agreed that this cause should be dismissed with prejudice with the parties to bear their respective costs. Being fully advised in the premises, the Court finds that the motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED THAT this action

all claims in it, and all claims that could have been asserted in it are dismissed with

prejudice with the parties to bear their respective costs

SO ORDERED on _September_ _15_ , 2020.

_____
DISTRICT COURT JUDGE

Agreed and approved

| | |
|---|---|
| _____ | _____ |
| Dale G. Russell (MSB #10837) | David E. Rozier, Jr. |
| Blake D. Smith (MSB #103255) | dave@rozierlawfirm.com |
| COPELAND, COOK, TAYLOR | Jenessa Carter Hicks |
| & BUSH, P.A. | jhicks@rozierlawfirm.com |
| 600 Concourse, Suite 200 | ROZIER LAW FIRM, PLLC |
| 1076 Highland Colony Parkway | 2091 Old Taylor Road, Ste. 101 |
| Ridgeland, Mississippi 39157 | P. O. Box 2388 |
| Post Office Box 6020 | Oxford, MS 38655 |
| Ridgeland, Mississippi 39158 | T+662.234.0065 |
| T+ 601.856.7200 | _Attorneys for Plaintiff_ |
| F+ 601.856.7626 | |
| drussell@cctb.com | |
| bsmith@cctb.com | |
| dking@cctb.com | |
| _Attorneys for Defendant_ | |

Agreed Order of Dismissal with Prejudice and Final Judgment
Page 2/2